CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 06 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL W. POOLE,<br>    Plaintiff, | ) | Civil Action No. 7:15-cv-00180 |
| | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By:   Michael F. Urbanski |
| MR. HAROLD CLARKE, *et al*,<br>    Defendant(s). | ) | United States District Judge |

Michael W. Poole, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. This case was transferred to the United States District Court for the Western District of Virginia on April 17, 2015 from the United States District Court for the Eastern District of Virginia. By Order entered April 17, 2015, the court directed plaintiff to submit within 10 days from the date of the Order a statement of assets, an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. The court is also aware from online records that the plaintiff has been released from custody of VDOC, and has failed to keep his address up to date as required by the conditionally filed order. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 6th day of May, 2015.

/s/ Michael F. Urbanski
United States District Judge